# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Fidencio Arispe and<br>Martina Arispe,<br><br>       Plaintiffs,<br><br>vs.<br><br>Processing Technologies, Inc.<br><br>       Defendant and<br>       Third Party Plaintiff,<br><br>vs.<br><br>Poly Plastics, Inc.<br><br>       Third Party Defendant. | Civil No:  05-1359 (RHK/JSM)<br><br>**ORDER OF DISMISSAL<br>WITH PREJUDICE** |

      Pursuant to the Stipulation of Dismissal with Prejudice of the parties, through their respective counsel, the above-entitled action is hereby **DISMISSED WITH PREJUDICE** and without costs to any party and judgment may be entered accordingly.

      **LET JUDGMENT BE ENTERED ACCORDINGLY**.

September 6, 2006

                                              s/Richard H. Kyle        <br>
                                              RICHARD H. KYLE<br>
                                              United States District Judge